# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

UNITED STATES OF AMERICA      §

§

vs.      §      NO:   WA:10-CR-00169(1)-ADA

§

(1) ANTOINE MARIO THOMAS      §

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  April 26, 2022 the

United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant (1) ANTOINE MARIO THOMAS, which alleged that

Thomas violated a condition of his supervised release and recommended that Thomas 's

supervised release be revoked (Clerk's  Document No. 40).  A warrant issued and

Thomas was arrested.  On March 22, 2023, Thomas appeared before a United States

Magistrate Judge, was ordered detained, and a revocation of supervised release hearing

was set.

Thomas appeared before the magistrate judge on April 4, 2023, waived his right to

a preliminary hearing and to be present before the United States District Judge at the time

of modification of sentence, and consented to allocution before the magistrate judge.

Following the hearing, the magistrate judge signed his report and recommendation on

April 4, 2023, which provides that having carefully considered all of the arguments and

evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Thomas, the magistrate judge recommends that this court revoke Thomas supervised release and that Thomas be sentenced to imprisonment for One (1) Year and One (1) Day, with no term supervised release to follow the term of imprisonment (Clerk's Document No. 51).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On April 4, 2023, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 54). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the

United States Magistrate Judge filed in this cause (Clerk's Document No. 51 ) is

hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) ANTOINE MARIO

THOMAS's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) ANTOINE MARIO THOMAS

be imprisoned for One (1) Year and One (1) Day with no term of supervised release.

Signed this 18th day of April, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE